UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARITAS INC., *et ano.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 08-0774 (EGS) |
| ) | |
| ELAINE L. CHAO, Secretary, U.S. ) | |
| Department of Labor, *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

**JOINT MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), the parties respectfully move, by and through their undersigned counsel, for an enlargement of time for Defendants to respond to the Complaint filed in the above entitled action. Specifically, the parties request that the Court extend Defendants' deadline for responding to the Complaint from July 7, 2008, to August 7, 2008 -- a one month extension of time. The grounds for this Motion are set forth below.

This case concerns a mandamus claim brought by Plaintiffs seeking to compel Defendants to adjudicate Plaintiffs' ETA-750 immigration application for alien employment certification. The U.S. Attorney's Office was served with the Complaint on May 8, 2008. Promptly after the U.S. Attorney's Office was served, defense counsel contacted the Department of Labor ("Agency"), which is allegedly responsible for adjudicating Plaintiffs' immigration application.

Although undersigned defense counsel has been working diligently to review the Complaint and the applicable information regarding this matter, Defendants require additional time to formulate an appropriate response and/or potentially take actions that could obviate the

need for further litigation of this matter. Accordingly, the parties seek an extension of time for Defendants to respond to the Complaint.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This motion represents the parties' first request for an extension of this deadline and, in total, their first request for an extension in this action. No scheduling order has been entered and no other pending deadlines will be affected by granting the requested extension. Allowing Defendants a reasonable amount to formulate an appropriate response or take actions that could informally resolve this dispute serves the interests of the parties and the Court.

WHEREFORE, based on the foregoing, the parties respectfully request that the time for responding to the Complaint be extended to, and including, August 7, 2008. A proposed order is attached.

Dated: July 1, 2008
       Washington, DC

Respectfully submitted,

_____/s/_____
ROBERT A. ROWAN
Nixon & Vanderhye, P.C.
901 North Glebe Road, 11th Floor
Arlington, VA 22203
(703) 816-4000

*Attorney for Plaintiffs*

_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____/s/_____
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendants*

- 2 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARITAS INC., *et ano.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>ELAINE L. CHAO, Secretary, U.S.<br>Department of Labor, *et al.*<br><br>  Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 08-0774 (EGS)<br>)<br>)<br>)<br>)<br>)<br>) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' first joint motion for an enlargement of time for Defendants to respond to the Complaint in this action, and for good cause shown, it is hereby:

ORDERED that the parties' joint motion is GRANTED, and it is further

ORDERED that Defendants shall have through, and including, August 7, 2008, to respond to the Complaint in this action.

_____                    _____
Date                                         EMMET G. SULLIVAN
                                             United States District Judge


Copies to Counsel of Record by CM/ECF.