UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARITAS INC., *et ano.*, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | )    Civil Action No. 08-0774 (EGS) <br> ) |
| ELAINE L. CHAO, Secretary, U.S. <br> Department of Labor, *et al.* | ) <br> ) <br> ) |
| Defendants. | ) <br> ) <br> ) |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendants respectfully move, by and through their undersigned counsel, for a second enlargement of time to respond to the Complaint filed in the above entitled action. Specifically, Defendants request that the Court extend their deadline for responding to the Complaint from August 7, 2008, to August 22, 2008. Defense counsel has learned from Plaintiffs' counsel that Plaintiffs graciously consent to this Motion. The grounds for this Motion are set forth below.

This case concerns a mandamus claim brought by Plaintiffs seeking to compel Defendants, specifically the Department of Labor ("DOL"), (a) to adjudicate Plaintiffs' motion to reopen and/or to reconsider DOL's denial of Plaintiffs' ETA-750 immigration application for alien employment certification, or in the alternative, (b) to forward Plaintiffs' application file to Board of Alien Labor Certification Appeals ("BALCA") for review. The U.S. Attorney's Office was served with the Complaint on May 8, 2008. By Joint Motion filed July 1, 2008, the parties requested that Defendants' time to respond to the complaint be extended to August 7, 2008, which the Court granted by a Minute Order entered on July 2, 2008.

Since requesting a first extension of time to respond to the Complaint, DOL has reviewed its files and has recently proposed a method to resolve the parties' dispute without further litigation. Plaintiffs are considering such a proposal at this time. If accepted, Defendants anticipate that this action will shortly be voluntarily dismissed without the need for further judicial intervention. Accordingly, Defendants seek an additional extension of time to respond to the Complaint in this action.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This motion represents Defendants' second request for an extension of this deadline and, in total, their second request for an extension in this action. No scheduling order has been entered and no other pending deadlines will be affected by granting the requested extension. Allowing the parties a reasonable amount of additional time to consider opportunities to informally resolve this dispute without further litigation or judicial intervention serves the interests of the parties and the Court.

WHEREFORE, based on the foregoing, Defendants respectfully request that the time for responding to the Complaint be extended to, and including, August 22, 2008. A proposed order is attached.

Dated: August 7, 2008
   Washington, DC

    Respectfully submitted,

    JEFFREY A. TAYLOR, D.C. BAR #498610
    United States Attorney

    RUDOLPH CONTRERAS, D.C. BAR #434122
    Assistant United States Attorney

- 3 -

/s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARITAS INC., *et ano.*,          )<br>                                    )<br>        Plaintiffs,                )<br>                                    )<br>    v.                              )<br>                                    )<br>ELAINE L. CHAO, Secretary, U.S.     )<br>Department of Labor, *et al.*       )<br>                                    )<br>        Defendants.                 )<br>                                    ) | Civil Action No. 08-0774 (EGS) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' second consent motion for an enlargement of time to respond to the Complaint in this action, and for good cause shown, it is hereby:

ORDERED that the consent motion is GRANTED, and it is further

ORDERED that Defendants shall have through, and including, August 22, 2008, to respond to the Complaint in this action.

_____                    _____
Date                                EMMET G. SULLIVAN
                                    United States District Judge

Copies to Counsel of Record by CM/ECF.