UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARITAS INC., *et ano.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 08-0774 (EGS) |
| ) | |
| ELAINE L. CHAO, Secretary, U.S. ) | |
| Department of Labor, *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), the parties to the above-entitled action hereby stipulate to dismiss this action against all Defendants without prejudice, with each party to bear its own costs and fees. The parties expressly reserve any and all rights they may have under the Federal Rules of Civil Procedure to reopen or reconsider dismissal of this action.

Defendant has voluntarily agreed to forward Plaintiffs' administrative file to the Board of Alien Labor Certification Appeals ("BALCA") for review after the record is supplemented by materials requested from Plaintiffs. Plaintiffs have agreed to cooperate in supplementing the record and understand that the case will be forwarded to BALCA when the record is supplemented.

\* \* \*

- 2 -

Dated: August 21, 2008
       Washington, DC

Respectfully submitted,

| /s/ | |
|---|---|
| ROBERT A. ROWAN, D.C. BAR # 391630 | JEFFREY A. TAYLOR, D.C. BAR #498610 |
| Nixon & Vanderhye, P.C. | United States Attorney |
| 910 N. Glebe Road, 11th Floor | |
| Arlington, VA 22203 | |
| (703) 816-4000 | |
| | |
| - and - | RUDOLPH CONTRERAS, D.C. BAR #434122 |
| | Assistant United States Attorney |
| MICHAEL GIBSON | |
| Satterlee, Stephens, Burke & Burke, LLP | /s/ |
| 230 Park Avenue, Suite 1130 | BRIAN P. HUDAK |
| New York, NY 10169 | Assistant United States Attorney |
| (212) 818-9200 | 555 4th Street, NW |
| | Washington, DC 20530 |
| | (202) 514-7143 |
| *Attorneys for Plaintiff* | |
| | *Attorneys for Defendants* |